UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------x

ANGEL QUILES,

               Plaintiff

- against -

THE CITY OF NEW YORK, JOHN
SANTIAGO, JUSTIN SCANLON, TODD
OLSEN and JOHN DOE 1-2, the names
being presently unknown,

               Defendants.

------------------------------------------------------------x

NOTICE OF APPEARANCE
07-CV-6794 (RJH)(JCF)

    PLEASE TAKE NOTICE that ANGEL QUILES, the plaintiff herein, appears in this action by his attorney, Matthew Flamm, and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: October 4, 2007
       Brooklyn, New York

MATTHEW FLAMM MF1309
Attorney for Plaintiff
26 Court Street, Suite 600
Brooklyn, New York 11242
(718) 797-3117

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANGEL QUILES,

                Plaintiff,

- against -

THE CITY OF NEW YORK, JOHN SANTIAGO,
JUSTIN SCANLON, TODD OLSEN and JOHN
DOE 1-2, the names being presently unknown,

                Defendants.

-----------------------------------------------------------------x

DECLARATION OF SERVICE
07-CV-6794 (RJH)(JCF)

STATE OF NEW YORK    )
                             : SS. :
COUNTY OF KINGS      )

    MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

    That on October 30, 2007, the attached NOTICE OF APPEARANCE was served upon Michael Cardozo, Assistant Corporation Counsel and attorney for defendant City of New York, at 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on Notice of Appearance.

                                                               _____
                                                               Matthew Flamm

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ANGEL QUILES,

                Plaintiff                07-CV-6794 (RJH)(JCF)

      - against -

THE CITY OF NEW YORK, JOHN
SANTIAGO, JUSTIN SCANLON, TODD
OLSEN and JOHN DOE 1-2, the names
being presently unknown,

                Defendants.

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Matthew Flamm
Attorney for Plaintiff
26 Court Street, Suite 600
Brooklyn, New York 11242 (718) 797-3117