UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ANGEL QUILES,

                Plaintiff,

          - against -

THE CITY OF NEW YORK, JOHN SANTIAGO,
JUSTIN SCANLON, TODD OLSEN and JOHN
DOE 1-2, the names being presently unknown,

                Defendants.

-------------------------------------------------------------------x

**FIRST AMENDED COMPLAINT**
07-CV-6794 (RJH)(JCF)

**Jury Trial Demanded**

     Angel Quiles, by his attorney, Matthew Flamm, alleges the following upon information and belief as his First Amended Complaint:

### Nature of the Action

    1.    This civil rights action arises from the defendants' assault, arrest and prosecution of Angel Quiles beginning on July 29, 2006.  Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §2201 as well as compensatory and punitive damages for violation of his civil rights under 42 U.S.C. §1983.

### Jurisdiction and Venue

    2.    This action arises under the United States Constitution and 42 U.S.C. §1983.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1343(3).  Plaintiff asserts jurisdiction over the City of New York under 28 U.S.C. §1367.  Plaintiff requests that this Court exercise pendent jurisdiction over those state law claims arising out of the same common nucleus of operative facts as do plaintiff's federal claims.

    3.    Under 28 U.S.C. §1391(b) and (c), venue is proper in the Southern District of New York because the events giving rise to the claims occurred in that judicial District.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANGEL QUILES,

                    Plaintiff,

              - against -

THE CITY OF NEW YORK, JOHN SANTIAGO,
JUSTIN SCANLON, TODD OLSEN and JOHN
DOE 1-2, the names being presently unknown,

                    Defendants.

-----------------------------------------------------------------x

**DECLARATION OF SERVICE**
07-CV-6794 (RJH)(JCF)

STATE OF NEW YORK     )
                      : SS.  :
COUNTY OF KINGS      )

     MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

     That on October 30, 2007, the SUMMONS AND FIRST AMENDED COMPLAINT was served upon Michael Cardozo, Assistant Corporation Counsel and attorney for defendant City of New York, at 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on the annexed copy of the Summons and the first page of the Complaint.

                                      _____
                                      Matthew Flamm

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
----------------------------------------------------------x

ANGEL QUILES,

      Plaintiff       07-CV-6794 (RJH)(JCF)

    - against -

THE CITY OF NEW YORK, ET AL.,

      Defendants.

----------------------------------------------------------x

# PROOF OF SERVICE OF THE
# FIRST AMENDED COMPLAINT

_____

Matthew Flamm
Attorney for Plaintiff
26 Court Street, Suite 600
Brooklyn, New York  11242  (718) 797-3117