AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANGEL QUILES

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 6794 (RJH)(JCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

November 19, 2007
Date

*Meghan Cavalieri*
Signature

Meghan A. Cavalieri | MC 6758
Print Name | Bar Number

100 Church Street
Address

New York, NY  10007
City    State    Zip Code

(212) 788-6405 | (212) 788-9776
Phone Number | Fax Number