UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ANGEL QUILES,

                Plaintiff                    AFFIDAVIT OF SERVICE
                                                      07-CV-6794 (RJH)(JCF)

            - against -

THE CITY OF NEW YORK, JOHN SANTIAGO, JUSTIN SCANLON, TODD OLSEN and JOHN DOE 1-2, the names being presently unknown,

                Defendants.

--------------------------------------------------------x

STATE OF NEW YORK    )
                                 : SS.:
COUNTY OF KINGS      )

        JESSICA ACOSTA, being duly sworn deposes and says:

        That on December 10, 2007 at 9:10 AM at 315 Hudson Street, 3rd Floor, New York, New York 10013, I served the annexed SUMMONS AND FIRST AMENDED COMPLAINT upon JUSTIN SCANLON, a defendant, by delivering and leaving a true copy of the aforementioned documents with Police Administrative Aide "Jane" WILLIAMS, a person of suitable age and discretion who advised me she was authorized to accept service on the defendant's behalf. Ms. William is described as follows:

        SEX: Female  COLOR: Tan  HAIR: Black  AGE: Early Forties
        HEIGHT: 5:1  WEIGHT: 140

        On December 10, 2007, I deposited in the United States mail a true copy of the aforementioned documents addressed to JUSTIN SCANLON at the above address, that being the address within the State theretofore designated for that purpose and defendant's actual place of employment, properly enclosed and sealed in a post-paid wrapper by first class mail marked personal & confidential and not indicating it is from an attorney or concerns an action against the person served.

                                                    _____
                                                    Jessica Acosta

Sworn to before me
December 10, 2007

_____
Matthew Flamm
Notary Public State of New York
Registration No. 02FL4994806
Qualified in Kings County
Commission Expires 6/9/2010