(Rev. 2/5/98) Summons in a Civil Action

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Angel Quiles

**SUMMONS IN A CIVIL CASE**

V.

See Attach

CASE NUMBER:

07 CV 6794

JUDGE HOLWELL

**TO:** (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro Se Angel Quiles
1539 Lexington Ave Apt 3G
NY NY 10029

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

DATE  JUL 27 2007

(BY) DEPUTY CLERK

(Rev. 2/5/98) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹ **First Amended Complaint**

Date: **December 10, 2007**

NAME OF SERVER (PRINT): **Jessica Acosta**

Title:

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ **actual place of employment** with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **P.A.A. "Jane" Williams**

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4.00 | $25.00 | $29.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **December 10, 2007**
Date

Signature of Server: *Jessica Acosta*

Address of Server: **26 Court Street, Suite 600, B, Bklyn, N.Y. 11242**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ANGEL QUILES
1539 Lexington Avenue
Apartment 3G
New York, New York 10029
Telephone: 347-251-2490
*Plaintiff pro se*

## United States District Court

Southern District of New York

| | |
|---|---|
| ANGEL QUILES | PLAINTIFF DEMANDS A TRIAL BY JURY |
| Plaintiff, | |
| -against- | Civil Action No    CV<br>COMPLAINT FOR DAMAGES-<br>False Arrest; Malicious Prosecution; Assault; Battery<br>42 U.S.C. 1981, 1983 |
| CITY of NEW YORK, Police Commissioner RAYMOND KELLY, P.O. JOHN SANTIAGO, Sgt. JUSTIN SCANLON, P.O. TODD OLSEN, and Police Officers JOHN DOE One through Five,(names being fictitious, true names being unknown to plaintiff, persons intended being officers of the New York City Police Department who participated in the acts alleged in this complaint to have been committed against the plaintiff) | |
| Defendants. | |

### PRELIMINARY STATEMENT

1. ...tion for monetary damages (compensatory and punitive) against the CITY OF NEW YORK (hereinafter CITY), RAYMOND KELLY (hereinafter KELLY), Chief of the New York City Police Department (hereinafter NYPD), individually and as a supervisory employee of defendants, P.O. JOHN SANTIAGO, shield 06708, (hereinafter SANTIAGO), Sgt. JUSTIN SCANLON, (hereinafter SCANLON), P.O. TODD OLSEN, shield 13521,

-1-