UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
ANGEL QUILES,                          :  07 Civ. 6794 (RJH) (JCF)
                                       :
                Plaintiff,             :      O R D E R
                                       :
     - against -                       :
                                       :
CITY of NEW YORK, Police               :
Commissioner RAYMOND KELLY, P.O.       :
JOHN SANTIAGO, Sgt. JUSTIN SCANLON,    :
P.O. TODD OLSEN, and Police            :
Officers JOHN DOE one through five,    :
(names being fictitious, true          :
names being unknown to plaintiff,      :
persons intended being officers of     :
the New York City Police Department    :
who participated in the acts           :
alleged in this complaint to have      :
been committed against the             :
plaintiff),                            :
                Defendants.            :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

  Plaintiff having obtained counsel, it is hereby ORDERED that all further submissions be filed electronically pursuant to the Court's ECF program.

SO ORDERED.

*[signature: James C. Francis IV]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        March 10, 2008

Copies mailed this date:

Matthew Flamm, Esq.
26 Court Street
Brooklyn, New York 11242

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

1

Meghan Cavalieri, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

2

Case 1:07-cv-06794-RJH-JCF   Document 14   Filed 03/10/2008   Page 2 of 2