UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
ANGEL QUILES,                           : 07 Civ. 6794 (RJH) (JCF)
                                        :
            Plaintiff,                  :       O R D E R
                                        :
     - against -                        :
                                        :
CITY of NEW YORK, Police                :
Commissioner RAYMOND KELLY, P.O.        :
JOHN SANTIAGO, Sgt. JUSTIN SCANLON,     :
P.O. TODD OLSEN, and Police             :
Officers JOHN DOE one through five,     :
(names being fictitious, true           :
names being unknown to plaintiff,       :
persons intended being officers of      :
the New York City Police Department     :
who participated in the acts            :
alleged in this complaint to have       :
been committed against the              :
plaintiff),                             :
            Defendants.                 :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08
```

     A pretrial conference having been held on March 10, 2008, it is hereby ORDERED as follows:

     1.   Any motion for joinder of parties or amendment of the pleadings shall be filed by April 21, 2008.

     2.   Plaintiff shall make expert disclosure by May 26, 2008.

     3.   Defendants shall make expert disclosure by July 10, 2008.

     4.   All discovery shall be completed by August 11, 2008.

     5.   The pretrial order shall be submitted by September 10, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

1

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 10, 2008

Copies mailed this date:

Matthew Flamm, Esq.
26 Court Street
Brooklyn, New York 11242

Meghan Cavalieri, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

2