UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANGEL QUILES,

            Plaintiff,

       - against -

THE CITY OF NEW YORK, ET AL.,

            Defendants.

------------------------------------------------------------------x

CERTIFICATE OF SERVICE OF THE SECOND AMENDED COMPLAINT ON DEFENDANTS CITY OF NEW YORK, SANTIAGO, SCANLON AND OLSEN

07-CV-6794 (RJH)(JCF)

STATE OF NEW YORK    )
                          : SS.  :
COUNTY OF KINGS     )

      MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

      That on April 21, 2008, the SECOND AMENDED COMPLAINT was served upon Meghan Cavalieri, Assistant Corporation Counsel and attorney for defendants City of New York, Santiago, Scanlon and Olsen, at 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by depositing a copy of the same, enclosed in a prepaid wrapper in a post office box situated at 26 Court Street, Brooklyn, New York, regularly maintained by the Government of the United States in said City.

Dated:      April 21, 2008
                Brooklyn, New York

                                Matthew Flamm **MF1309**
                                Attorney for Plaintiff
                                26 Court Street, Suite 600
                                Brooklyn, New York 11242
                                (718) 797-3117